FILED by __TM__ D.C.
ELECTRONIC

Sep 25, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-80182-CR-RYSKAMP/HOPKINS**
Case No.: _____

18 USC § 2113(a)
18 USC § 2113(d)

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CAREY LUNSFORD,
        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 12, 2011, in Lake Worth, Palm Beach County, in the Southern District of Florida, the defendant,

**CAREY LUNSFORD,**

did knowingly, by force, violence, and intimidation, take from the person and presence of employees of TD Bank, located at 7007 South Military Trail, Lake Worth, Florida, approximately $11,730.00, in United States currency, belonging to, and in the care, custody, control, management and possession of TD Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and the defendant, in committing this offense, did assault and put in jeopardy the life of other persons, to wit,

employees and customers of said bank, by the use of a dangerous weapon, that is, a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
KERRY S. BARON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| CAREY LUNSFORD,<br>Defendant.<br>_____/ | **CERTIFICATE OF TRIAL ATTORNEY*** <br><br>**Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami    ___ Key West    New Defendant(s)    Yes ___    No ___
___ FTL    _X_ WPB    ___ FTP    Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _NO_
   List language and/or dialect    _____

4. This case will take   _2_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days    _X_        Petty    ___
   II   6 to 10 days   ___        Minor    ___
   III  11 to 20 days  ___        Misdem.  ___
   IV   21 to 60 days  ___        Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _NO_
   If yes:
   Magistrate Case No.    _____
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

                                                        _____
                                                        KERRY BARON
                                                        ASSISTANT UNITED STATES ATTORNEY
                                                        Administration No. A5500040

*Penalty Sheet(s) attached                                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>CAREY LUNSFORD</u>

**Case No.:** _____

**Count #: 1**

<u>Bank robbery.</u>

<u>18 U.S.C. §§ 2113(a) and (d)</u>

**\* Max.Penalty:**     25 years imprisonment; 5 years supervised release; $250,000 fine and restitution.